UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23445-JB

ZULMA CRUZ,

    Plaintiff,

v.

JINNY BEAUTY SUPPLY CO. INC.,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following a jury trial from September 24, 2019 to October 1, 2019. The jury having reached its verdict, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final judgment is **ENTERED** in favor of Defendant Jinny Beauty Supply Co., Inc. and against Plaintiff Zulma Cruz. Plaintiff Zulma Cruz shall take nothing from her claims.

2. All pending motions are **DENIED AS MOOT**.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida on October 10, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge